DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHADERICK ANTHONY INGRAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-014 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR COMPETENCY EXAM |
|  | ) PURSUANT TO 18 U.S.C. §4241(a) |
| CHADERICK ANTHONY INGRAM, | ) |
| Defendant. | ) |

After hearing from defense counsel at status hearing on May 6, 2010, reviewing a letter from the defendant to the Court, and the Court's own observations of the defendant in Court, there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Therefore, the defendant is hereby committed to the custody of the Attorney General of the United States to hospitalize the defendant for treatment in a suitable facility pursuant to 18 U.S.C. § 4241(b) for an examination to determine his competency to proceed.

///

///

///

1

In accordance with 18 U.S.C. § 4247(b), Mr. Ingram is committed for a reasonable period, not to exceed thirty days, unless the director of the facility applies for a reasonable extension not to exceed fifteen days upon a showing of good cause that additional time is necessary to observe and evaluate the defendant.

IT IS SO ORDERED.

Dated:   May 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2