DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHADERICK ANTHONY INGRAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00014-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| CHADERICK ANTHONY INGRAM, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, CHADERICK ANTHONY INGRAM by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for July 1, 2010, be continued to July 29, 2010.

The reason for this continuance is because Mr. Ingram was just transferred to the Metropolitan Detention Center in Los Angeles, California, for treatment and examination to determine his mental competency and the facility has not had sufficient time to observe and evaluate him.  In addition, defense counsel will not be available on that date.

It is further stipulated and agreed between the parties that the time period from July 1, 2010, to July 29 , 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: July 1, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>WILLIAM WONG<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Chaderick Anthony Ingram |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHADERICK ANTHONY INGRAM,<br><br>　　　　　Defendant. | CASE NO. 2:10-cr-00014-MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

   For the reasons set forth in the stipulation of the parties, filed on July 1, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for July 1, 2010, be vacated and that the case be set for **Thursday, July 29, 2010, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 1, 2010, stipulation, the time under the Speedy Trial Act is excluded from July 1, 2010, through July 29, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

 Dated: July 1, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2