1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHADERICK ANTHONY INGRAM
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. CR-S-10-014 MCE
                                       )
12              Plaintiff,             )
                                       )   STIPULATION AND ORDER TO CONTINUE
13       v.                            )   STATUS HEARING AND TO EXCLUDE TIME
                                       )   PURSUANT TO THE SPEEDY TRIAL ACT
14                                     )
    CHADERICK ANTHONY INGRAM,          )
15                                     )
                Defendant.             )
16  _____   )

17       It is hereby stipulated and agreed to between the United States of America through WILLIAM

18  WONG, Assistant U.S. Attorney, and defendant, CHADERICK ANTHONY INGRAM by and through his

19  counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for August 19, 2010, be

20  continued to October 14, 2010.

21       The reason for this continuance is because Mr. Ingram remains committed at the Metropolitan

22  Detention Center in Los Angeles, California, for treatment and examination to determine his mental

23  competency.  In addition, the parties were recently notified by the detention center that due to unforseen

24  circumstances and a high volume of cases, additional time is needed to complete the report.

25       It is further stipulated and agreed between the parties that the time period from August 19, 2010, to

26  October 14, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code

27  T4), due to the need to provide defense counsel with the reasonable time to prepare.

28                                         1

1      A proposed order is attached and lodged separately for the court's convenience.

2

3    DATED: August 20, 2010

4
                         Respectfully submitted,
5

6    BENJAMIN B. WAGNER                      DANIEL BRODERICK
     United States Attorney                  Federal Defender
7

8
      /s/ Lexi Negin for                      /s/ Lexi Negin
9    WILLIAM WONG                            LEXI NEGIN
     Assistant U.S. Attorney                 Assistant Federal Defender
10   Attorney for United States             Attorney for Chaderick Anthony Ingram

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          1

1

2                IN THE UNITED STATES DISTRICT COURT

3            FOR THE EASTERN DISTRICT OF CALIFORNIA

4

UNITED STATES OF AMERICA,          )    CASE NO. CR-S-10-014 MCE
5                                   )
                Plaintiff,          )
6                                   )
        v.                          )    ORDER CONTINUING STATUS HEARING
7                                   )    AND EXCLUDING TIME PURSUANT TO THE
                                    )    SPEEDY TRIAL ACT
8    CHADERICK ANTHONY INGRAM,      )
                                    )
9                Defendant.         )
                                    )
10 _____ )

11        For the reasons set forth in the stipulation of the parties, filed on August 20, 2010,  IT IS HEREBY

12   ORDERED that the status conference currently scheduled for August 19, 2010,  be vacated and that the

13   case be set for **Thursday, October 14, 2010, at 9:00 a.m.**  The Court finds that the ends of justice to be

14   served by granting a continuance outweigh the best interests of the public and the defendant in a speedy

15   trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 20, 2010,

16   stipulation, the time under the Speedy Trial Act is excluded from August 19, 2010, through October 14,

17   2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense

18   counsel with the reasonable time to prepare.

19    Dated:  August 20, 2010

20                                            _____
21                                            MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28                                          2