DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHADERICK INGRAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR. S 10-014 MCE |
| Plaintiff, | |
| v. | MOTION FOR ORDER DIRECTING THE FILING OF ANALYSIS REPORT UNDER SEAL AND ORDER |
| CHADERICK INGRAM, | |
| Defendant. | |

    Defendant, CHADERICK INGRAM, by his court-appointed attorney, Lexi Negin, Assistant Federal Defender, hereby moves for an order permitting counsel to file analysis report of Paul G. Mattiuzzi, Ph.D., in re the competency report prepared as to Mr. Ingram at the Metropolitan Detention Center by Michelle I. Margules, Psy.D.

    The analysis report contains private material concerning Mr. Ingram's mental state and medical condition and should not be filed in the public record.

//
//

Dated: December 6, 2010

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                _____
                                                LEXI NEGIN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                CHADERICK INGRAM

**O R D E R**

    Permission to file the requested document under seal is hereby granted.

    IT IS SO ORDERED.

Dated: December 8, 2010

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE