UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         Case No. 2:10-cr-00014-MCE

        Plaintiff,                **ORDER FOR RELEASE OF PERSON**
   v.                                 **IN CUSTODY**

CHADERICK INGRAM,

        Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release CHADERICK INGRAM, Case No. 2:10-cr-00014-MCE, from custody for the following reasons:

    __X__   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $_____

    _____   Unsecured Appearance Bond

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    _____   (Other):

Issued at Sacramento, California on February 10, 2011 at 10:33 a.m.

Dated: February 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE